UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

_____
PENNY CHARNLEY,

     Plaintiff,

  v.

THE BOEING COMPANY,

     Defendant.
_____)

Case No. C08-0130RSL

ORDER DENYING MOTION TO WITHDRAW

On November 24, 2008, counsel for plaintiff in this matter filed a motion to withdraw. Dkt. # 26. Pursuant to General Rule 2(g)(4)(A), a motion for withdrawal "shall include a certification that the motion was served on the client . . . ." Counsel has not filed the necessary certification.

Accordingly, the motion to withdraw is DENIED.

Dated this 11th day of December, 2008.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

ORDER DENYING MOTION TO WITHDRAW